UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Perrendous Tyrell Vaughan**  Docket No. 2:23-CR-1-1BO

**Petition for Action on Supervised Release**

COMES NOW Matthew A. Fmura, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Perrendous Tyrell Vaughan, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 500 Grams or More of Cocaine and a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(b)(1)(B), and 21 U.S.C. § 841(a)(1); and Distribution of a Quantity of Cocaine, in violation of 21 U.S.C. § 841(a)(1), and 21 U.S.C. § 841(b)(1)(C), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on April 17, 2024, to the custody of the Bureau of Prisons for a term of time served. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Perrendous Tyrell Vaughan was released from custody on April 17, 2024, at which time the term of supervised release commenced.

On April 29, 2024, the conditions of supervision were modified by a motion from defense counsel to allow the defendant to travel for employment as needed at any time, and otherwise be confined to his home.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Since Vaughan's release to supervision, he has complied with the special conditions of location monitoring: Radio Frequency monitoring in accordance with the Court's orders. The defendant resumed employment as a long-distance truck driver once the Court allowed his schedule to be modified as needed. No violation conduct has been discovered, and current urine screens are negative. Because Vaughan continues to drive truck, and is faithful in keeping his schedule, it is respectfully recommended that the Location Monitoring Program be modified to Stand Alone Monitoring with a GPS tracker for the duration of the location monitoring term. GPS technology will allow the probation office to verify that Vaughan is attending employment, church or is at home, while Stand Alone Monitoring will allow the defendant to work as needed. Vaughan was cautioned, however, that any location violations may result in immediate referral to a higher intensity location monitoring program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in the form of location monitoring indicated below for a period as previously specified by the court, and follow monitoring procedures specified by the supervising officer which shall be utilized for the purposes of verifying compliance with any court-imposed condition of supervision. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Perrendous Tyrell Vaughan
Docket No. 2:23-CR-1-1BO
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>Supervising U.S. Probation Officer | /s/ Matthew A. Fmura<br>Matthew A. Fmura<br>U.S. Probation Officer<br>150 Reade Circle<br>Greenville, NC 27858-1137<br>Phone: 252-830-2345<br>Executed On: May 14, 2024 |

## ORDER OF THE COURT

Considered and ordered this ____15____ day of ____May____, 2024, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
United States District Judge