## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

**v.**                                                      **Crim. No. 2:23-CR-1-1D**

**PERRENDOUS TYRELL VAUGHAN**

On April 17, 2024, the above named began supervised release for a period of 5 years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing is true and correct.

/s/ Melissa K. Lunsmann                    /s/ Orlando M. Roberts
Melissa K. Lunsmann                        Orlando M. Roberts
Supervising U.S. Probation Officer         U.S. Probation Officer
                                           310 New Bern Avenue, Room 610
                                           Raleigh, NC 27601-1441
                                           Phone: 252-508-3055
                                           Executed On: July 20, 2026

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ____**21**____ day of ____**July**____, 2026.

_____
James C. Dever III
U.S. District Judge